UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARI L LARSEN,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. C20-6148 MLP<br><br>ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On January 21, 2021, the Court granted Defendant's unopposed motion for extension of time to file an answer. (Dkt. # 11.) On February 15, 2021, Plaintiff, proceeding *pro se*, filed a letter regarding her appeal as both a "Claim SSID" and "Brief." (Dkt. ## 12, 13.) As explained in the Court's order regarding an extension of time, the Defendant has until March 26, 2021 to file an answer to Plaintiff's complaint, including the certified administrative record. Because Defendant has not yet filed the administrative record, Plaintiff's submissions (dkt. ## 12, 13) are hereby STRICKEN. Once Defendant files the administrative record, the Court will issue a

ORDER - 1

scheduling order setting the briefing deadlines, including the deadline for Plaintiff's opening brief.

Dated this 18th day of February, 2021.

William M. McCool
Clerk of Court

By: /s/Tim Farrell
Deputy Clerk

ORDER - 2